UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| IN RE: CARMEN GENE WALKER | CASE NO. 11-11454 |
| ANGEA LEAH WALKER | CHAPTER 13 PROCEEDING |
| DEBTOR(S) | |

## MOTION TO ENROLL AND SUBSTITUTE COUNSEL FOR DEBTOR, ANGEA LEAH WALKER, ONLY

**NOW INTO COURT**, through undersigned counsel, comes the above captioned debtor(s) (hereafter referred to simply as "DEBTOR"), who respectfully represents:

1.

Debtors had previously commenced these proceedings by filing a voluntary bankruptcy petition with Attorney Virginia Alexander.

2.

Debtors have physically separated and a conflict has arisen with Mrs. Alexander. Therefore, at this time, Debtor Angea Leah Walker respectfully requests that Attorney Michael B. Rennix and The Rennix Law Firm, APLC, be permitted to enroll as and substitute counsel in order to represent Debtor in these proceedings.

3.

WHEREFORE, Debtor, respectfully moves this court for an ex parte order allowing Michael B. Rennix and The Rennix Law Firm, APLC to enroll as and substitute counsel of record in the above referenced proceeding.

                                                                        */s/ Michael B. Rennix*
                                                      **MICHAEL B. RENNIX**, Bar No. 23397
                                                      The Rennix Law Firm
                                                      753 Dalzell Street
                                                      Shreveport, LA 71104
                                                      (318) 424-2900