UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:     CARMEN GENE WALKER            CASE NO: 11-11454
           ANGEA LEAH WALKER
           DEBTOR(S)                     CHAPTER 13 PROCEEDING

## OPPOSITION TO MOTION FOR RELIEF FROM STAY

On Motion of the above captioned Debtor(s) (hereinafter referred to as "Debtor"), and upon suggestion to the court that:

1.

A Motion for Relief From Stay was filed by US Bank, NA, as trustee on behalf of Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 1997-3 by Green Tree Servicing, LLC, as a Servicer with delegated authority under the transaction documents (US Bank) in order to lift the automatic stay.

2.

US Bank's motion states that the Debtors are in default on payments to the Chapter 13 Trustee.

3.

Debtors have made all payments to the Trustee pursuant to the Chapter 13 Plan. The Chapter 13 Plan was confirmed on September 28, 2012 and Green Tree was paid a total of $4312.26 on October 1, 2012.

WHEREFORE, Debtor prays that the Court deny the Motion to Lift Stay filed herein by US Bank.

/s/ Michael B. Rennix
**Michael B. Rennix, #23397**
753 Dalzell Street
Shreveport, LA 71104
Telephone: (318) 424-2900

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:  CARMEN GENE WALKER           CASE NO: 11-11454
        ANGEA LEAH WALKER
        DEBTOR(S)                     CHAPTER 13 PROCEEDING

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that a copy of the above and foregoing Opposition to Motion to Lift Stay has been mailed to the following with sufficient postage affixed thereto on the 9th day of October, 2012. The Chapter 13 Trustee, Wheelis & Rozanski and US Trustee shall receive notice electronically via CM/ECF.

Carmen and Angea Walker
155 Lucky Lane
Keatchie, LA 71046

/s/ Michael B. Rennix
**Michael B. Rennix, #23397**
753 Dalzell Street
Shreveport, LA 71104
Telephone: (318) 424-2900