

**SO ORDERED.**

**DONE and SIGNED October 9, 2012.**

_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:     CARMEN GENE WALKER        CASE NO. 11-11454
             ANGEA LEAH WALKER            CHAPTER 13 PROCEEDING
             DEBTOR(S)

### ORDER

Considering the above and foregoing motion, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Michael B. Rennix and The Rennix Law Firm, APLC be allowed to enroll as and substitute counsel for debtor ANGEA LEAH WALKER in the above captioned case.

# # #

This order was prepared and is being submitted by:
The Rennix Law Firm
By: Michael B. Rennix
Attorney for Debtor(s)
Bar No. 23397
753 Dalzell Street
Shreveport, LA 71104
(318) 424-2900