UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CARMEN GENE WALKER          CHAPTER 13--#11-11454
ANGEA LEAH WALKER           LUCY G. SIKES, TRUSTEE
_____

**DEBTORS' OBJECTION TO CLAIM, 11 USC 502(a)**
_____

**NOW INTO COURT**, through undersigned counsel, comes debtor, CARMEN GENE WALKER, who states:

1.

Debtors filed a Chapter 13 Petition on June 9, 2011, which was confirmed on September 18, 2012.

2.

In Schedule D, debtors listed Toyota Motor Credit Corp. ("creditor") as a secured creditor. The creditor's total claim was listed as $15,975.00 secured, $4,069.00 general unsecured. The creditor's collateral is a 2009 Toyota Camry, which was valued at $15,975.00.

3.

The confirmed plan proposes to pay creditor through the plan, with the trustee as disbursing agent, $15,975.00 at 6% over 30 months, for an average monthly payment of $541.47, and a total payout on the secured claim of $17,326.88. Through February 18, 2014, the creditor has received $9,774.19 from Trustee.

4.

On June 29, 2011, the creditor filed a proof of claim for $19,012.96 secured, $-0- general unsecured.

5.

The claim was incurred on October 24, 2008. The case was commenced on July 9, 2011. Therefore, this is not a "910" claim pursuant to 11 USC 1325(a)(5).

6.

Debtors submit that the valuation of the subject vehicle in the confirmed plan is <u>res judicata</u>.

7.

Debtors move for an order of the Court, disallowing the creditor's claim as filed pursuant to 11 USC 502(a), and allowing the claim in the amount of $15,975.00 secured, $3,037.96 general unsecured.

8.

Counsel for debtors requests legal fees for the filing of this objection in the amount of $250.00, which shall be paid through the plan with the Trustee as disbursing agent. Counsel for debtors has calculated that approximately $350.00 is available in the plan to pay this fee, after payment of trustee's fees, previously approved legal fees, secured debts, and all other sums required to be paid through the plan; therefore, the plan is sufficiently funded to pay this fee without the necessity of an amended plan.

**LAW OFFICE OF VIRGINIA D. ALEXANDER**

<u>March 20, 2014</u>  */s/ Kenneth A. Chandler*  
Date  KENNETH A. CHANDLER (Of Counsel)  
Attorney at Law  
Bar Number 01757  
400 Travis Street, Suite 900  
Shreveport, LA 71101  
318-221-7766  

ATTORNEY FOR DEBTOR